IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEMETRIEL FLOYD SR.                                                    PLAINTIFF

v.                              Civil No. 4:26-cv-4035-SGS

ELEUTERIO HERNANDEZ;
CHET STUBS; and ANA MAHEIA                                        DEFENDANTS

### SERVICE ORDER

Demetriel Floyd Sr. originally submitted for filing a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on May 8, 2026 along with an application to proceed *in forma pauperis*. (ECF Nos. 1-2). Plaintiff was granted *in forma pauperis* status on the same day. (ECF No. 4).

The Court now directs the United States Marshal to serve Defendants Eleuterio Hernandez, Chet Stubs, and Ana Maheia with the Complaint (ECF No. 1). Defendants may all be served at the Sevier County Detention Center, 137 West Robinson Road, DeQueen, Arkansas 71832.

Defendants may be served by certified mail with a return receipt requested.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendant, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known address and phone number. This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**IT IS SO ORDERED** this 8th day of June 2026.

/s/ *Spencer G. Singleton*
HON. SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE

2